**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Dwayne Altwan LANGFORD,**
**Defendant—Appellant.**

No. 09–7485.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2009.

Decided Dec. 3, 2009.

Dwayne Altwan Langford, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Altwan Langford appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Langford,* No. 8:07–cr–00013–HMH–1 (D.S.C. July 27, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*